IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LISA NELSON, | : | CIVIL ACTION |
|     Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| KILOLO KIJAKAZI,[1] | : | |
|     Defendant. | : | No. 20-cv-6104 |

## ORDER

AND NOW, this 16th day of May 2023, upon consideration of Plaintiff Lisa Nelson's Brief in Support of her Request for Review (Doc. 15), the Commissioner's Response (Doc. 20), and Nelson's Reply (Doc. 21), it is hereby ORDERED:

1. Plaintiff's Request for Review is **GRANTED**;

2. The matter is **REMANDED** to the Commissioner for reconsideration in accordance with the accompanying Memorandum Opinion; and

3. The Clerk of Court is **DIRECTED** to mark this case **CLOSED**.

BY THE COURT:

/s/ Craig M. Straw
CRAIG M. STRAW
U.S. MAGISTRATE JUDGE

---

[1] Pursuant to Fed. R. Civ. P. 25(d) and 42 U.S.C. § 405(g), Kijakazi was automatically substituted into cases brought against the Commissioner upon his appointment.